**Motion Granted; Appeal Dismissed and Memorandum Opinion filed June 7, 2012.**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-11-00710-CV

_____

### MICHAEL A. POKLAR, Appellant

### V.

### ARTHUR BROWN, M.D., PH.D., Appellee

---

**On Appeal from the 125th District Court
Harris County, Texas
Trial Court Cause No. 2009-64368**

---

## MEMORANDUM OPINION

This is an appeal from a judgment signed February 14, 2011. On May 30, 2012, the parties filed a joint motion to dismiss the appeal. *See* Tex. R. App. P. 42.1. The motion is granted.

Accordingly, the appeal is ordered dismissed.

PER CURIAM

Panel consists of Justices Frost, Brown, and McCally.